Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 108.50.221.197, <br><br> Defendant. | Case No. 2:19-cv-14992-CCC-JBC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 108.50.221.197. Pursuant to Fed.R.Civ.P.

1

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 3, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ *Patrick J. Cerillo*
　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esq.
　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, LLC
　　　　　　　　　　　　　　　　　　4 Walter E. Foran Blvd.,
　　　　　　　　　　　　　　　　　　Suite 402
　　　　　　　　　　　　　　　　　　Flemington, NJ 08822
　　　　　　　　　　　　　　　　　　Attorney ID No. 01481-1980
　　　　　　　　　　　　　　　　　　T: (908) 284-0997
　　　　　　　　　　　　　　　　　　F: (908) 284-0915
　　　　　　　　　　　　　　　　　　pjcerillolaw@comcast.net
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　By: /s/ *Patrick J. Cerillo*